UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br><br>    Plaintiff<br><br>    v.<br><br>JULIO CESAR ROMAN VELEZ a/k/a<br>JULIO C. ROMAN VELEZ a/k/a JULIO<br>ROMAN VELEZ, DAMARIZ LOPEZ<br>MELENDEZ<br><br>    Defendants | CIVIL NO. 04-1724(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**ORDER FOR DISBURSEMENT OF FUNDS**

WHEREAS the amount owed to plaintiff related to the sale of the real property at Urb. Vistas de Luquillo, No. 53 block D, Luquillo, Puerto Rico, is the principal sum of $49,435.87 plus interest accrued as to August 12, 2005, in the amount of $19,609.31, plus subsidy recapture in the sum of $21,540.00 plus legal fees in the amount of $1,369.91, for a total of $91,955.09.

WHEREAS the auctioned property was sold for $80,500.00, and deducting the United States Marshal Service fees was the amount of $1,719.44, the remaining balance of $78,780.56 shall be disbursed to the United States Department of Justice.

U.S. v. Julio Cesar Roman Velez, et al
Civil No. 04-1724(JAF)
page 2

THEREFORE, the Clerk of the U.S. District Court shall issue a check for $78,780.56 to the order of the U.S. Department of Justice.

In San Juan, Puerto Rico, this 18th day of January, 2006.

S/JOSE A. FUSTE
_____
UNITED STATES DISTRICT JUDGE